THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOSEPH C. MASCARI, alias JOSEPH C. PATANE, Appellant.

Argued October 11, 1943; decided November 24, 1943.

*Stanley Bliss, A. G. Waldo* and *Howard Zeller* for appellant.

*Clarence E. Conley, District Attorney* (*Nelson L. Neidhardt* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.